IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **AMBROSIO GARCIA-COMACHO** | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv1 |
| **G. MALDONADO, JR., ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Ambrosio Garcia-Comacho, an inmate confined at F.C.I. Texarkana, filed the above-styled and numbered lawsuit complaining that prison officials were deliberately indifferent to his medical condition and work restrictions. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c). All motions not previously ruled on are **DENIED**.

**SIGNED** this 15th day of May, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE